1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    RACHEL W. HILL, Bar #151522
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California 93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    JOSE MARTIN PERLAS-MORENO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   No. 1:11-CR-00317 AWI
                                        )
12             *Plaintiff,*             )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE HEARING; ORDER
13      v.                              )
                                        )   Date : December 19, 2011
14   JOSE MARTIN PERLAS-MORENO,         )   Time: 9:00 A.M.
                                        )   Judge: Hon. Anthony W. Ishii
15             *Defendant.*             )
     _____)
16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18   attorneys of record herein, that the status conference in the above-entitled matter scheduled for

19   December 5, 2011, **may be continued to December 19, 2011, at 9:00 A.M.**

20        This continuance is requested by defense counsel due to the fact that counsel has a client arriving

21   for plea and sentencing for a hearing that was rescheduled from Friday, December 2, 2011, to Monday,

22   December 5, 2011, at 1:00 P.M. before Judge O'Neill.  Monday morning, December 5th, is the only time

23   available for defense counsel to meet with this client in advance of her plea and sentence.   AUSA Ian

24   Garriques has no objection to this request.  The requested continuance will conserve time and resources

25   for both counsel and the court.

26   ///

27   ///

28   ///

1     The parties agree that due to the unavailability of defense counsel and the delay resulting from the

2     continuance shall be excluded through December 19, 2011, because the ends of justice served by

3     continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that

4     additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and

5     3161(h)(7)(B)(iv).

6                                                              BENJAMIN B. WAGNER
                                                             United States Attorney
7

8     DATED: November 29, 2011              /s/ Ian Garriques
                                                             IAN GARIQUES
9                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
10

11                                                           DANIEL J. BRODERICK
                                                             Federal Defender
12

13    DATED: November 29, 2011              /s/ Rachel W. Hill
                                                             RACHEL W. HILL
14                                                           Assistant Federal Defender
                                                             Attorney for Defendant
15                                                           Jose Martin Perlas-Moreno

16

17                                        **O R D E R**

18    IT IS SO ORDERED.

19
      Dated:    November 30, 2011
20                                                           _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28
      Stipulation to Continue Status Conference
      Hearing; [Proposed] Order                    2