IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
       Plaintiffs,        )   No CR-11-317-AWI
                          )
  vs.                     )   ORDER OF RELEASE
                          )
JOSE MARTIN PERLAS MORENO )
                          )
       Defendant.         )
_____)

The above named defendant having been sentenced on December 19, 2011 to 75 DAYS custody, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 12-19-11

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm